IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID S. ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00959 |
| ) | Judge Trauger |
| ADVANCED AUTO PART STORE #3200, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 15, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 48), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motions to Dismiss (Doc. Nos. 34, 37) are DENIED.

This case is hereby RETURNED to the Magistrate Judge for further handling under the original referral order. The court notes that this case is set for a bench trial before U.S. District Judge Aleta Trauger on February 15, 2022 (Doc. No. 24).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge