# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DAVID S. ENGLISH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00959 |
| ) | Judge Aleta A. Trauger |
| **ADVANCE AUTO PARTS STORE** ) | |
| **#3200 et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 58) to the Magistrate Judge's Report and Recommendation (Doc. No. 57) are **OVERRULED**, and the Report and Recommendation is **ACCEPTED** in its entirety. The Motion for Summary Judgment (Doc. No. 50) filed by defendant Advance Auto Parts is **GRANTED**, and all remaining claims are **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge